IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| William C. Meigs, d/b/a Abanda Timber Company,<br><br>    Plaintiff,<br><br>v.<br><br>CSX Transportation, Inc.<br><br>    Defendant. | CIVIL ACTION NO.<br>3:04 cv428-MHT<br>(WO) |

## JUDGMENT OF DISMISSAL

It appearing that a "Joint Stipulation for Dismissal" (Doc. No. 66) was filed by the parties on August 8, 2006, after due consideration, it is hereby ORDERED, ADJUDGED, and DECREED by the Court that this cause of action is dismissed with prejudice.

Costs are taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE and ORDERED this the 8th day of August, 2006.

                                                        /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE